


UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTE ORDER

Debtor : WIRE COMM WIRELESS, INC.　　Case No: 06-25251-C-7
　　　　　　　　　　　　　　　　　　　Adv No :
　　　　　　　　　　　　　　　　　　　DC No  : WFH #3
　　　　　　　　　　　　　　　　　　　Date   : 10/02/07
　　　　　　　　　　　　　　　　　　　Time   : 9:30 A.M.

Matter : CONT. HEARING - MOTION FOR
　　　　　ORDER APPROVING COMPROMISE
　　　　　WITH RICHARD, SHIRLEY, TIMOTHY
　　　　　AND RENEE MCCORMICK
　　　　　8-7-07  [25]

Judge:　　　　　　　　　　Christopher M. Klein
Courtroom Deputy:　　　　Teresa Jackson
Reporter:　　　　　　　　Vicki Britt
Department:　　　　　　　C

APPEARANCES for:
　Moving Party
　Trustee - Daniel Egan; Michael Burkart

　Respondent
　Creditor - Richard De Liberty; Paul Pascuzzi; Hilton Ryder-ph

　　　　　　　　　　　CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally
on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

Dated:　　OCT - 5 2007

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

2006-25251
51

This document <u>does not</u> constitute a certificate of service. The parties listed below will be served a separate Notice of Entry of the attached order or judgment.

---

Hagop Bedoyan
5200 N Palm Ave #211
Fresno, CA 93704

Megan Lewis
400 Capitol Mall 22nd Fl
Sacramento, CA 95814

Paul Pascuzzi
400 Capitol Mall #1450
Sacramento, CA 95814-4434

Michael Burkart
5150 Fair Oaks Blvd #101-185
Carmichael, CA 95608

Richard DeLiberty
3554 Round Barn Blvd #204
Santa Rosa, CA 95403

Hilton Ryder
5 River Park Place East
PO Box 28912
Fresno, CA 93729-8912

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a copy of the document to which this certificate is attached was mailed today to the following entities listed at the address shown on the attached list or shown below.

Office of the U.S. Trustee
501 I St #7-500
Sacramento, CA 95814

DATED: OCT - 5 2007   By: *Sheryl Beverly*
                         Deputy Clerk

EDC 3-070 (New 4/21/00)