RONALD J. KOHUT, State Bar No. 66463
RICHARD A. De LIBERTY, State Bar No. 203754
KOHUT & KOHUT LLP
3554 Round Barn Boulevard, Suite 204
Santa Rosa, California 95403
(707) 573-3100
(707) 573-3101 fax

PAUL J. PASCUZZI, State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for New Cingular
Wireless Services, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | CASE NO. 2006-25251-C-7 |
|---|---|
| WIRE COMM WIRELESS, INC., | DCN: WFH-3 |
| Debtor. | |

**DESIGNATION OF RECORD ON APPEAL**

On October 12, 2007, New Cingular Wireless Services ("Cingular"), Inc., creditor, filed a notice of appeal from the order of the bankruptcy judge entered on October 5, 2007. Cingular designates the following items for the record on appeal:

1. Claim No. 3, by Tim McCormick, filed April 18, 2007.

2. Claim No. 4, by Richard McCormick, filed April 18, 2007.

3. Transcripts of October 2, 2007, hearing on motion to approve compromise ("Motion").

4. Docket No. 25: Motion, filed August 7, 2007.

5. Docket No. 27: Burkart declaration supporting Motion, filed August 7, 2007.

6. Docket No. 28: McCormick declaration supporting Motion, filed August 7, 2007.

| | | |
|---|---|---|
|1|7.|Docket No. 29: request for judicial notice supporting Motion, filed August 7, 2007.|
|2| | |
|3|8.|Docket No. 30: exhibits supporting motion, filed August 7, 2007.|
|4|9.|Docket No. 35: Cingular's opposition to Motion ("Opposition"), filed September 19, 2007.|
|5| | |
|6|10.|Docket No. 36: exhibits supporting Opposition, filed September 19, 2007.|
|7|11.|Docket No. 38: Trustee's reply supporting Motion ("Reply"), filed September 25, 2007.|
|8| | |
|9|12.|Docket No. 39: exhibits supporting Reply, filed September 25, 2007.|
|10|13.|Docket No. 40: McCormick declaration supporting Reply, filed September 25, 2007.|
|11| | |
|12|14.|Docket No. 43: civil minute order granting Motion, entered October 5, 2007.|

Dated: October 15, 2007

KOHUT & KOHUT LLP

By: /s/ Richard A. De Liberty
RICHARD A. De LIBERTY
Attorneys for New Cingular
Wireless Services, Inc.